**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00695-CV

_____

## IN RE MICHAEL JACKSON, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 164th District Court
### Harris County, Texas
### Trial Court Cause No. 0932227

---

## MEMORANDUM OPINION

On August 16, 2011, Relator, Michael Jackson, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52.1. On September 19, 2011, the parties filed a joint motion to dismiss this original proceeding.

The motion is granted and the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.